Henry A. Robinson, for appellant. Paul M. Herzog, for respondent.

PER CURIAM. Defendant had the greater number of witnesses, but plaintiff had the probabilities. Judgment affirmed, with costs.

FLIEH, Appellant, v. AVERILL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Mary L. Flieh, by Augustus Flieh, her guardian ad litem, against Charles S. Averill and another. No opinion. Judgment and order affirmed, with costs.

FLUHR, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Anthony Fluhr against the Manhattan Railway Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 64 N. Y. Supp. 296.

FLYNN v. TINNEY. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by John Flynn, as administrator, against Bernard J. Tinney. No opinion. Motion denied. See 60 N. Y. Supp. 791.

FORMAN, Respondent, v. BIFFAR, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by James G. Forman against Bernard T. Biffar. No opinion. Order affirmed, without costs.

FRANCIS, Appellant, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by William H. N. Francis against James D. Taylor and others. J. W. Hutchinson, for appellant. I. A. Place, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 65 N. Y. Supp. 28.

FRANKELSTEIN, Appellant, v. LEVINE, Respondent. (Supreme Court, Appellate Term. July 11, 1900.) Action by Jacob Frankelstein against David Levine. From a judgment in favor of defendant, plaintiff appeals. Reversed. Shafer & Levine, for appellant. B. H. Arnold, for respondent.

PER CURIAM. The evidence as to the sale of the patterns from Lieberman to the plaintiff is satisfactorily established, being testified to by both of the parties to it. What consideration was given is wholly immaterial. The evidence of any indebtedness from Lieberman to Levine is most unsatisfactory. It appears that the two had been in partnership, and that there was still outstanding a small sum due to the co-partnership. It does not appear that Lieberman had assumed the loss that might arise by reason of these debts, or that there was anything due from him to Levine for which the latter had any right to hold the patterns as security. The justice seems to have based his decision upon the judgment in a former action between Lieberman and Levine, the evidence in which he has attached to the return in this action. This judgment had not been put in evidence, and the justice had no right to consider it upon the motion to dismiss the complaint. The justice was also in error in saying that there was no evidence as to the value of the patterns. The plaintiff had given such evidence, without objection as to his qualification to testify upon the subject. The judgment should be reversed, with costs to appellant to abide the event, and a new trial granted.

FRIED, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. July 11, 1900.) Action by Bernhard L. Fried against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Nathan, Leventritt & Perham, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs and disbursements.

FROTHINGHAM, Respondent, v. SATTERLEE, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by Charles F. Frothingham against Frank L. Satterlee. F. F. Vanderveer, for appellant. E. W. Yard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GARDNER et al. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of the application of Susan D. Gardner and Melissa Gardner, respondents, for the refunding of certain taxes, No opinion. Order reversed, with $10 costs and disbursements, on the opinion in Re Reid (decided herewith) 65 N. Y. Supp. 373.

GENESEE VAL. NAT. BANK v. TOWN OF GREENBURGH. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by the Genesee Valley National Bank against the town of Greenburgh, impleaded, etc. No opinion. Motion granted, with $10 costs.

GILBERT, Appellant, v. FINCH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by William T. Gilbert, as receiver, against Edward L. Finch and others. H. D. Hotchkiss, for appellant. H. B. Kinghorn, for respondents.

PER CURIAM. Order modified by allowing the plaintiff to discontinue without costs within 20 days after service of the amended answer, if so advised, and, as modified, affirmed, without costs of appeal.

GILBERT, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Hannah E. Gilbert against the state of New York. No opinion. Judgment affirmed, with costs.

GOLDOWITZ, Respondent, v. HEALEY, Appellant. City Court of New York, General Term. July 18, 1900.) Action by one Goldowitz against one Healey. From a judgment